IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-588-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1. **JOHN SULLIVAN**,
2. **RICHARD O'BRIEN,**
3. **MICHAEL HEGARTY**,

        Defendants.

---

# ORDER OF RECUSAL

Kane, J.

Upon review of the file and in order to avoid any appearance of bias, I recuse in this case. It is

**ORDERED** that case be randomly assigned to another judge.

Dated: December 13, 2010

        BY THE COURT:

        *S/John L. Kane*
        John L. Kane, Senior Judge
        United States District Court