UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00588-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOHN SULLIVAN;
2.  **RICHARD O'BRIEN; and**
3.  **MICHAEL HEGARTY**

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A status conference is set in the above-captioned case for **Thursday, January 20, 2011 at 8:30 a.m.**

    Dated:  January 5, 2011