UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00588-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOHN SULLIVAN;
2. **RICHARD O'BRIEN; and**
3. **MICHAEL HEGARTY**

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      On March 15, 2011, Defendants filed a Joint Motion for Additional Time Within Which to File Pretrial Motions (ECF No. 77).  This motion will be addressed at the hearing set for Thursday, March 31, 2011 at 9:00 a.m.

      Dated:  March 16, 2011