UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00588-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOHN SULLIVAN;
2. **RICHARD O'BRIEN; and**
3. **MICHAEL HEGARTY**

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to the parties' request, the change of plea hearing and immediate sentencing hearing set for Thursday, May 5, 2011 is **VACATED and RESET to Tuesday, May 3, 2011 at 9:00 a.m.**

      Dated:  April 26, 2011.