**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | May 3, 2011 | Prob/Pret: | Kurt Thoene |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No. **10-cr-00588-WYD**          Counsel:

UNITED STATES OF AMERICA,                     Linda A. McMahan
                                              Jennifer A. Whitfield
      Plaintiff,

v.

**2. RICHARD O'BRIEN; and**                   Virginia L. Grady
**3. MICHAEL HEGARTY**,                       Richard K. Kornfeld

      Defendants.

**ARRAIGNMENT, CHANGE OF PLEA, and SENTENCING HEARING**

**9:12 a.m.**     Court in Session - Defendant present (on-bond)

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

      Count 2 of Indictment read to defendants **Richard O'Brien** and **Michael Hegarty.**

      Defendant **Richard O'Brien** pleads **GUILTY** to count **2 of Indictment.**

      Defendant **Michael Hegarty** pleads **GUILTY** to count **2 of Indictment.**

      Defendants sworn

|  |  |
|---|---|
|  | Defendant **Richard O'Brien** answers true name;  Defendant **26** years old |
|  | Defendant Richard O'Brien's right to an indictment by a grand jury explained. |
|  | **EXHIBITS:**   **Exhibit I** - Plea Agreement;  **Exhibit II** - Statement by Defendant in Advance of Plea of Guilty as to defendant Richard O'Brien. |
|  | **ORDERED:**   Court Exhibits **I** and **II** as to **Richard O'Brien** are **RECEIVED**. |
|  | Defendant Richard O'Brien advised of maximum penalties. |
|  | Defendant Richard O'Brien advised of constitutional rights. |
|  | Government outlines evidence. |
|  | Defendant **Michael Hegarty** answers true name;  Defendant **39** years old |
|  | Defendant Michael Hegarty's right to an indictment by a grand jury explained. |
|  | **EXHIBITS:**   **Exhibit I** - Plea Agreement;  **Exhibit II** - Statement by Defendant in Advance of Plea of Guilty as to Michael Hegarty. |
|  | **ORDERED:**   Court Exhibits **I** and **II** (as to Michael Hegarty) are **RECEIVED**. |
|  | Defendant Michael Hegarty advised of maximum penalties. |
|  | Defendant Hegarty advised of constitutional rights. |
|  | Government outlines evidence. |
|  | Court accepts plea of guilty as to **Richard O'Brien** and **Michael Hegarty.** |
| **10:19 a.m.** | Court in Recess |
| **10:42 a.m.** | Court in Session |
| 10:43 a.m. | Statement and argument on behalf of Defendant Richard O'Brien (Ms. Grady). |
| 10:50 a.m. | Statement and argument on behalf of Defendant Michael Hegarty (Mr. Kornfeld). |
| 10:51 a.m. | Statement and argument on behalf of Government (Ms. McMahan). |
|  | Court makes preliminary findings. |

| | |
|---|---|
| 10:58 a.m. | Statement and argument on behalf of Government (Ms. McMahan). |
| 10:59 a.m. | Statement and argument on behalf of Defendant Richard O'Brien (Ms. Grady). |
| 11:00 a.m. | Statement and argument on behalf of Government (Ms. McMahan). |

**Exhibit(s) 1, 2, 3, 4, 5, 6, 7 RECEIVED.**

**Exhibit(s) 8 REFUSED.**

| | |
|---|---|
| 11:15 a.m. | Statement and argument on behalf of Defendant Richard O'Brien (Ms. Grady). |
| 11:55 a.m. | Statement and argument on behalf of Defendant Michael Hegarty (Mr. Kornfeld). |
| 12:08 p.m. | Statement and argument on behalf of Government (Ms. McMahan). |
| 12:11 p.m. | Statement by Defendant Richard O'Brien on his own behalf (Mr. O'Brien). |
| 12:14 p.m. | Statement by Defendant Michael Hegarty on his own behalf (Mr. Hegarty). |
| | Court makes findings. |

## Sentencing as to Defendant Richard O'Brien

**ORDERED:** Defendant Richard O'Brien's Motion for Below-Guideline Sentence (ECF Doc. #90), filed April 22, 2011, is **GRANTED IN PART and DENIED IN PART.**

**ORDERED:** Defendant be **imprisoned** for **6** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

|     |     |
| --- | --- |
| (X) | Defendant shall not unlawfully possess a controlled substance. |
| (X) | The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) for supervised releases cases as the defendant is likely to be deported. |
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X)  If the defendant is deported, he shall not re-enter the United States illegally. If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

### Sentencing as to Defendant Michael Hegarty

**ORDERED:** Defendant Michael Hegarty's Motion for Variant Sentence (ECF Doc. #89), filed April 22, 2011, is **GRANTED IN PART and DENIED IN PART.**

**ORDERED:** Defendant be **imprisoned** for **6** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)  Defendant shall not commit another federal, state or local crime.

(X)  Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

|  |  |
|---|---|
| (X) | Defendant shall comply with standard conditions adopted by the Court. |
| (X) | Defendant shall not unlawfully possess a controlled substance. |
| (X) | The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) for supervised releases cases as the defendant is likely to be deported. |
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |
| **ORDERED:** | **Special Condition(s)** of **Supervised Release** are: |
| (X) | If the defendant is deported, he shall not re-enter the United States illegally. If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return. |
| **ORDERED:** | Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately. |
| **ORDERED:** | **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision. |
| **ORDERED:** | Defendants Richard O'Brien and Michael Hegarty are advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis. |
| 12:32 p.m. | Discussion regarding issue of self-surrender by defendants or whether the defendants should be remanded into the custody of the U.S. Marshal. |

**Court RECOMMENDS that the Bureau of Prisons place the defendant Richard O'Brien at the most appropriate facility in Englewood, CO and be housed at the same facility as co-defendant Michael Hegarty.**

**Court RECOMMENDS that the Bureau of Prisons place the defendant Michael Hegarty at the most appropriate facility in Englewood, CO and be housed at the same facility as co-defendant Richard O'Brien.**

| | |
|---|---|
| **ORDERED:** | Defendants agree to abandon all interest they may have in any wildlife parts or products and forfeit to the United States the equivalent of 12,850 euros, and other non-contraband items seized as agreed upon by the parties. |
| **ORDERED:** | Defendant may surrender voluntarily as follows:  **Report to the United States Marshal Service not later than Wednesday, May 3, 2011, at 12:00 p.m.** |

The court finds that defendants Richard O'Brien and Michael Hegarty **are not** likely to flee or be a danger to self or others and it is **ORDERED**: **BOND CONTINUED.**

**12:43 p.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:     3:08**

**CLERK'S NOTE:**     **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**